14191, 14229. ELLIS *v.* SOUTHERN EXPRESS COMPANY; and *vice versa.*

LUKE, J. 1. In the case of *Ellis* v. *Southern Express Co.,* 27 *Ga. App.* 738 (a) (110 S. E. 43), which was a suit between the same parties and based upon the same cause of action as the suit now under review, this court held that the trial court had no jurisdiction of the case. That decision, whether right or wrong, is the law of the case, and is res judicata as to that question. See *Ellis* v. *Southern Express Co.* (this case), 157 *Ga.* 629 (122 S. E. 48).

2. Under the above ruling the trial court erred in overruling the plea to the jurisdiction.

*Judgment on cross-bill of exceptions reversed; main bill dismissed. Broyles C. J., and Bloodworth, J., concur.*

DECIDED APRIL 15, 1924.

Complaint for damages; from Bibb superior court—Judge M. D. Jones. December 19, 1922.

*B. J. Fowler,* for plaintiff.
*Jones, Park & Johnston,* for defendant.